UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
DOCKET NO.: 2:12-CR-10-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER OF ABATEMENT |
| | ) | |
| PAUL GREGORY | ) | |

This cause came on for judgment upon a Bill of Superseding Indictment to which the defendant was found guilty of Conspiracy to Distribute and Possess With Intent to Distribute 500 Grams or More of Cocaine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B) on May 30, 2013, and entered a plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e) on June 17, 2013. On September 6, 2013, the undersigned Chief United States District Judge ordered the defendant to the custody of the Bureau of Prisons for 360 months and imposed a special assessment of $200.00. It was further adjudged that, upon release from confinement, the defendant be placed on supervised release for a term of 8 years. The conditions of supervision included that he pay the special assessment.

It now appears that Paul Gregory died on January 23, 2015, at which time he owed a special assessment balance of $150.00.

**THEREFORE,** the court does find and conclude that said special assessment did abate with the death of said debtor whose estate cannot be charged therewith.

This the __9__ day of __February__ 2015.

James C. Dever III
Chief U.S. District Judge